UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**DEPUTY CHIEF PROBATION OFFICERS**
**ERIC K. SNYDER**
**MATTHEW F. MILLER**

January 19, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

Honorable William H. Walls
United States District Court Judge
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

RE:  Ernest Mosley
DKT. #: 04-00277-001
**REQUEST FOR A WARRANT**

Dear Judge Walls:

On October 25, 1993, the above-referenced offender was sentenced in United States District Court for the District of Iowa to 130 months imprisonment to be followed by ten-years of supervised released, in connection with his conviction for Conspiracy to Distribute Cocaine, a Schedule II Controlled Substance, which contained Cocaine base, within 1,000 feet of a Public Playground. While on supervised release, the offender was ordered to pay $920 restitution, and a $50 special assessment. On April 17, 2003, Mosley began his term of supervised release. Jurisdiction of this case was accepted by Your Honor on March 22, 2004.

The purpose of this letter is to request that Your Honor issue a warrant for the offender. On December 30, 2005, Mosley was released from federal custody after serving an eleven (11) month term of incarceration, and his three-year term of supervised release commenced. The reimposition of the sentence was the result of a violation of supervised release on March 29, 2005.

At this time we have to report that Mosley has again violated the terms of his supervision in that he refuses to follow our instruction. Prior to his release from The Kintock Community Correction Center, Mosley was making noncompliant statements as to his supervision. In a phone conversation on December 29, 2005, prior to his release I directed him to report to our office on December 30, 2005, and that he was not to return to Ms. Shonda Strigler's residence. The offender originally stated that he was not going to report to our office on that day, and that we did not have the authority to tell him where he could live. Our office had not approved his proposed release plan to live with Ms. Strigler. That release plan was denied due to their violent past, and our concern that we not placed him in an environment where violence was highly probable and his supervised release failure eminent.

Mosley reported to our office on December 30, 2005, and his term of supervised release commenced. He was seen by Sr. U.S. Probation Officer Stone, and he acknowledged his understanding of the conditions of supervision, and signed the Judgement Order. PO Stone also reiterated that he was not to reside with Ms. Strigler. Mosley followed up that interview with a call to PO Stone and reported that he was staying at 24 B Stone Street in Newark with a friend who's reported name was Pam McLean or McLain. He reported to our office on January 17, 2006, to see PO Shaw and to set up his mental health counseling. He reported that he moved to 111 Lincoln Ave, Apt 23B, and was now living with Ms. Shonda Strigler. He further stated he

did not care what our office said as it related to whom he was living with, and he proceeded to walk out of the office prior to setting up his mental health treatment.

We believe the offender if left unchecked is a risk to the community as well as himself. He is in need of mental health therapy. We also contend that he should not be living in a situation where violent episodes or likely and there is a high potential for tragedy. Our objective at this time is to have the offender comply with our directive and to remove himself from the present communal circumstances thereby avoiding a violation. The offender will not comply with our instructions and we are concern that violence could occur. Therefore we recommend that the Court issue a warrant for the offender and he be produced for a hearing on this matter.

Should Your Honor concur with the issuance of a warrant, please review and sign the attached Probation Form 12C. The undersigned remains available should Your Honor wish to discuss this matter further.

                                    Respectfully submitted,

                                    CHRISTOPHER MALONEY, Chief
                                    U.S. Probation Officer

                                    By: Michael A. McLean
                                        Supervising U.S. Probation Officer

/mam

Encl:

PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernest Mosley                                   Cr.: 04-00277-001

Name of Sentencing Judicial Officer: Originally Sentenced by the Honorable Michael J. Melloy, United States District Court for the District of Iowa; reassigned to the Honorable William H. Walls, District of New Jersey on 03/22/04

Date of Original Sentence: 10/25/93, Violation of Supervised Release 3/29/05

Original Offense: Conspiracy to Distribute Cocaine, a Schedule II Controlled Substance, which contained Cocaine Base within 1,000 feet of a Public Playground.

Original Sentence: 130 months imprisonment, 10 years supervised release, $920 restitution, Drug and Alcohol Treatment, No Alcohol, Drug Testing, $50 Special Assessment.

On September 29, 2004, the offender received a 3 month Home Confinement Sanction in lieu of a formal violation.

On March 29, 2005, violation of supervised release 11 months custody of BOP, and reimposition of supervised release.

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/30/05

Assistant U.S. Attorney: Patrick J. Reinert              Defense Attorney: Linda Foster, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

PROB 12C - Page 2
Ernest Mosley

1     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer.**'

On December 29, 2005, prior to the offender release from custody (Kintock Community Treatment Center) he was instructed by this officer that he was not approved to reside with his former/present girlfriend Ms. Shonda Strigler. The reason for this directive was that Mosley had previously been charged with Aggravated Assault, Prohibited Weapons, and Possession of a Weapon, by the Newark, New Jersey Police Department. These charges stem from a domestic violence incident involving the offender and Ms. Strigler wherein he threatened her with the a knife, and then stated he would kill himself.

On January 17, 2006, the offender reported to Sr. U.S. Probation Officer Donna Shaw, Mental Health Specialist, to set up his mental health referral. During that interview he advised that he relocated from 24 B Stone Street, Newark to 111 Lincoln Ave. Apt 23B, Newark, NJ and was living with Ms. Strigler. The offender also said that he was not going to change his living arrangement stating that he was going to continue to live with Ms. Strigler. He ended the conversation by saying "I don't care what McLean said" and he abruptly walked out of her office without completing the mental health treatment referral

I declare under penalty of perjury that the foregoing is true and correct.

By: Michael A. McLean
Supervising U.S. Probation Officer
Date: 01/19/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

23 January 2006
Date